**In re: The SWATCH GROUP MANAGEMENT SERVICES AG (The Swatch Group Management Services SA) (The Swatch Group Management Service LTD.), Appellants.**

No. 2014–1669.

United States Court of Appeals, Federal Circuit.

April 16, 2015.

Jeffrey A. Lindenbaum, Collen IP, Ossining, NY, argued for appellants. Also represented by Jess M. Collen.

Mary Beth Walker, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Christina Hieber, Thomas L. Casagrande, Nathan K. Kelley.

PROST, Chief Judge, BRYSON and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**